No. —, original. Ex parte: Joseph G. Saunders. May 2, 1927. The motion for leave to file petition for a writ of mandamus herein is denied without prejudice to a petition for a writ of certiorari to be filed within the limitation of the statute. *Mr. Joseph G. Saunders, pro se.*

---

No. 583. Gilliland Oil Company *v.* State of Arkansas ex rel. H. W. Applegate, Attorney General. Error to the Supreme Court of the State of Arkansas. Submitted April 25, 1927. Decided May 2, 1927. *Per Curiam.* Affirmed on the authority of *Roberts & Schaefer Co.* v. *Emmerson,* 271 U. S. 50; *St. Louis Southwestern Ry. Co.* v. *Arkansas,* 235 U. S. 350; *Harris* v. *Bell,* 254 U. S. 103. *Mr. G. W. Hendricks* for plaintiff in error. *Messrs. J. S. Utley, H. W. Applegate,* and *William T. Hammock* for defendant in error.